CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE KENNETH A. MARRA

CASE NO: 13-80141-CR         DATE: 10/24/14

CLERK   Irene Ferrante        REPORTER   Stephen Franklin

UNITED STATES OF AMERICA vs George Louis Theodule ✓

AUSA Roger Stefin        DEFENSE CSL Peter Birch

USPO Ed Cooley           INTERPRETER

TYPE OF HEARING   Restitution Hearing

RESULT OF HEARING: Testimony from Ed Cooley - USPO
gov. exhibit one - spreadsheet of victims from 2,700
two - additional victims
three - victim impact statements
Paul Wackes - Special agent FBI
defense exhibit one - victim list
two - "
matter taken under advisement